Rachel G. Clingman (State Bar No. 00784125)
William J. Boyce (State Bar No. 02760100)
**FULBRIGHT & JAWORSKI L.L.P.**
1301 McKinney, Suite 5100
Houston, Texas 77010
Tel: (713) 651-5513
Fax: (713) 651-5246
Email: rclingman@fulbright.com

Richard G. Grotch, Esq. (State Bar No. 127713)
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Tel: (650) 592-5400
Fax: (650) 592-5027
Email: rgrotch@chdlawyers.com

**ATTORNEYS FOR** Defendant
CONTINENTAL AIRLINES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Deep Vein Thrombosis Litigation: | No. C 04-4870 VRW |
| SHERRI RAHIM and JAVAID-RAHIM, | [MDL-1606] |
| Plaintiffs, | |
| vs. | [~~PROPOSED~~] ORDER RE SUBSTITUTION OF ATTORNEYS |
| CONTINENTAL AIRLINES, INC., a Corporation, The Boeing Company and Does 1-100, | |
| Defendants. / | |

In accordance with Section (IV)(C)(5) of General Order No. 45, and pursuant to the Notice of Substitution of Counsel previously filed,

IT IS HEREBY ORDERED that the law firm of CODDINGTON, HICKS & DANFORTH shall be substituted in the above-entitled action as counsel of record for defendant CONTINENTAL AIRLINES, INC. ("Continental"), in the place and stead of the LIVINGSTON LAW FIRM. The law firm of FULBRIGHT & JAWORSKI L.L.P. shall also remain counsel of record for Continental.

---

[Proposed] Order Re Substitution of Attorneys
No. C 04-4870 VRW

1  IT IS SO ORDERED.

2

3  Dated:_____

4  _____
   Honorable
   United States Judge Vaughn R Walker, Chief Judge

*[Signature and seal: Judge Vaughn R Walker, United States District Court, Northern District of California]*

**CODDINGTON, HICKS & DANFORTH**
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

[Proposed] Order Re Substitution of Attorneys
No. C 04-4870 VRW

2